# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 22-282 |
| | : | |
| **VICTOR MILBOURNE** | : | |

## O R D E R

**AND NOW**, this 4th day of October, 2024, upon consideration of Attorney Benjamin Stechschulte's Amended Motion to Withdraw as Counsel (Doc. No. 69) for Defendant Victor Milbourne, it is hereby **ORDERED** that Mr. Stechschulte's Motion is **DENIED without prejudice**. An order scheduling a status hearing regarding Defendant's efforts to secure new counsel will follow.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.